IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01400-MSK-MEH

CLYTIE L. DANIEL,

      Plaintiff,

v.

DUETCH BANK NATIONAL TRUST COMPANY,
Administrators, devisees, trustees, Creditors, successors and assigns of any defendant that are or were partners or in partnership; the unknown guardians, conservators and trustees of any defendants that are minor or are under any legal disability; and the trustees, creditors and assigns of any person alleged to be deceased and all other persons or parties who are or may be concerned, and
HENRY J. PAULSON, US SEC TRES, and
ALBERTO GONZALES, U.S. ATTY. GEN. ALIEN PROPERTY CUSTODIAN,

      Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

     IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case.  Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings.  Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 9th day of July, 2007.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge